**Order entered April 8, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00812-CR

**KENNETH LIONELLE WILLIAMSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F17-75495-H**

### ORDER

The State's second motion for an extension of time to file its accompanying brief is GRANTED, and the Clerk of the Court is hereby ordered to file the State's brief tendered to the Court.

/s/ LANA MYERS
PRESIDING JUSTICE